[No. 27049-8-II.   Division Two.   October 18, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. SCOTT EUGENE HICKEY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01564-0, John F. Nichols, J., entered February 16, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 27119-2-II.   Division Two.   October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE KEIZER BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01681-9, Karen L. Strombom, J., entered March 9, 2001. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 27421-3-II.   Division Two.   October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN CHARISE GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01377-1, James R. Orlando, J., entered March 9, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 27474-4-II.   Division Two.   October 18, 2002.]

PETER JOHN, *Respondent*, v. LOWER COLUMBIA COLLEGE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-01344-4, Don L. McCulloch, J., entered May 25, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.